# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

141486-7

TIMOTHY McCRATE,
          Plaintiff-Appellee,

v

DEPARTMENT OF CORRECTIONS,
          Defendant-Appellee,
and

SECOND INJURY FUND (PERMANENT AND
TOTAL DISABILITY PROVISION),
          Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141486-7
COA: 295537, 295606
WCAC: 07-000111

_____/

On order of the Court, the application for leave to appeal the June 15, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010                   _____
                                      Clerk

1018